UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEPHEN LOTHAMER,

    Plaintiff,

v.

BRITT OWEN, et al.,

    Defendants.
_____/

Hon. Ellen S. Carmody

Case No. 1:15-cv-1211

**ORDER**

Consistent with the Opinion filed this day, Defendant Owen's Motion to Dismiss and/or for Summary Judgment, (ECF No. 47), is **granted in part and denied in part** and this case is **terminated**.

**IT IS SO ORDERED**.

Date: April 24, 2017

    /s/ Ellen S. Carmody
    ELLEN S. CARMODY
    United States Magistrate Judge